JOHN SZAFRANSKI, Plaintiff, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY et al., Defendants. NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Third-Party Plaintiff-Appellant, v TVGA ENGINEERING, SURVEYING, P.C., Third-Party Defendant-Respondent. (Appeal No. 2.) [773 NYS2d 715]—Appeal from an order of the Supreme Court, Erie County (Salvatore R. Martoche, J.), entered August 14, 2003. The order granted third-party defendant's motion for summary judgment dismissing the third-party complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

1114

Same memorandum as in *Szafranski v Niagara Frontier Transp. Auth.* ([appeal No. 1] 5 AD3d 1111 [2004]). Present— Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Hayes, JJ.

Same memorandum as in *Szafranski v Niagara Frontier Transp. Auth.* ([appeal No. 1] 5 AD3d 1111 [2004]). Present— Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Hayes, JJ.